**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAO-CHIN HOU CHANG, | Case No.: 2:26-cv-00246-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant | |

I ORDER that the plaintiff's certificate of interested parties (ECF No. 15) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 20, 2026.

DATED this 6th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE