JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAO-CHIN HOU CHANG;<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>ROE COMPANIES I-V;<br><br>Defendants. | Case No. 2:26-cv-00246-APG-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS all Parties and their counsel have agreed upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and Christopher Beckstrom, Esq. of the law firm PRICE & BECKSTROM as counsel of record for Plaintiff SHAO-CHIN HOU CHANG, as follows:

1.     That the claims herein of Plaintiff SHAO-CHIN HOU CHANG against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4927-9241-1824.1

2.     That any matters on the Court's calendar be vacated.

IT IS SO STIPULATED.

Respectfully submitted this 29th day of May, 2026.

| PRICE & BECKSTROM | COOPER LEVENSON, P.A. |
|---|---|

/s/ Christopher Beckstrom
CHRISTOPHER BECKSTROM, ESQ.
Nevada Bar No. 14031
1404 South Jones Blvd.
Las Vegas, Nevada  89146
(702) 941-0503
Attorneys for Plaintiff
SHAO-CHIN HOU CHANG

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
3016 West Charleston Blvd. #195
Las Vegas, Nevada  89102
(702) 366-1125
Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  June 1, 2026

NG-C2N3CBX6 4927-9241-1824.1